UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EDWIN IZAGUIRRE and JUAN MORALES,**<br><br>Plaintiffs,<br><br>v.<br><br>**SEACOAST CONSTRUCTION, INC., et al.,**<br><br>**Defendants.** | Civil Case No.: 3:20-cv-19653<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support, of the parties' Motion for Preliminary Approval of Collective Action Settlement, and exhibits attached thereto, the undersigned will move this Court before United States Magistrate Judge Douglas E. Arpert, United States District Court, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608.

Dated:  August 16, 2022

Respectfully submitted,

**Jaffe Glenn Law Group, P.A.**

/s/ Andrew Glenn_____
Andrew I. Glenn, Esquire
E-mail: aglenn@jaffeglenn.com
Jodi J. Jaffe, Esq.
E-mail: jjaffe@jaffeglenn.com
300 Carnegie Center, Suite 150
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorneys for Plaintiffs*

1