UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN IZAGUIRRE and JUAN MORALES,<br><br>Plaintiff,<br><br>-against-<br><br>SEACOAST CONSTRUCTION, INC., et al.,<br><br>Defendants. | Civil Case No. 3:20-cv-19653<br><br>[~~PROPOSED~~] ORDER<br><br>*Via ECF* |

**THIS MATTER** having come before this Court on Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, and upon due consideration of the discussion on the record during the parties January 4, 2023, fairness hearing, and the record in this case, and for good cause having been shown;

**IT IS ON THIS** __4th__ day of _____ January 2023, hereby **ORDERED** as follows:

1. On September 27, 2022, the Court granted the parties' Joint Motion for Preliminary Approval of all terms contained in the parties' Proposed Class Action Settlement Agreement, Approval of Plaintiff's Proposed Notice of Class and Collective Action Settlement, and Proposal to Implement the Class Action Settlement Procedure. *See* ECF #31.

2. The settlement for this matter is a fair, reasonable, and adequate resolution of this dispute. The settlement is **APPROVED**. The Settlement Administrator will distribute the Settlement Checks, Service Awards, and attorneys' fees and costs in accordance with the terms of the parties' Settlement Agreement, subject to ministerial extension of time upon agreement by the Parties.

3. The Court **GRANTS** final judgment in this case. This matter is hereby **DISMISSED WITH PREJUDICE.**

-2-

4. The Court retains jurisdiction over this action solely for the purpose of enforcing the parties' Settlement Agreement.

**SO ORDERED:**

Dated: January 4th, 2023

                                                             Hon. Douglas E. Arpert, U.S.M.J.